

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2019

No. 04-19-00538-CV

William Alec **TISDALL**, M.D. and William A. Tisdall, M.D., P.A. d/b/a Spine & Joint Pain Specialists,
Appellants

v.

Thomas **VAREBROOK** and Rebecca Varebrook,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-06007
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellants have satisfactorily responded to our order dated September 17, 2019. Accordingly, we **order** court reporters **Amy Hinds** and **Geneva Garcia** to file the reporter's record in this matter by **October 9, 2019**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2019.

_____
Luz Estrada,
Chief Deputy Clerk